UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| JOSE TORO, Individually and on Behalf of All Other Persons Similarly Situated, <br>                                         Plaintiffs, <br><br> v. <br><br> CSX INTERMODAL TERMINALS, INC. and WILBY W. WHITT, <br>                          Defendants | <br><br><br><br> Civil Action No. 12-40115-TSH |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION TO REMAND (ASSENTED TO)

With regard to the above-captioned case, Plaintiff, with Defendant's assent, hereby moves this Court for an extension of time, through and including October 19, 2012, to file a Motion to Remand.

As grounds for this Motion, Plaintiff states as follows:

1. On September 12, 2012, Defendant CSX Intermodal Terminals, Inc. ("CSXIT") filed a Notice of Removal of this case from the state court where it was originally filed (Document No. 1).

2. On September 19, 2012, CSXIT filed a Motion to Dismiss and a detailed Memorandum in support thereof, and on September 28, 2012, CSXIT filed a Motion to Transfer Case and for Reassignment ("Defendant's Motions") (Document Nos. 9-11).

3. Defendant's Motions, along with its Notice of Removal, raise complex issues that are intertwined with Plaintiff's forthcoming Motion to Remand.

4. In addition, the parties have recently discussed the possibility of settling this case.

5. Pursuant to 28 U.S.C. § 1447(c), Plaintiff's forthcoming Motion to Remand is arguably due to be filed today, October 12, 2012. However, since Plaintiff's forthcoming Motion to Remand will challenge the Court's jurisdiction, Plaintiff submits that it could be filed at "any time." *See* 28 U.S.C. § 1447(c). CSXIT does not concede that the Motion to Remand could be filed at "any time." Nonetheless, CSXIT assents to Plaintiff's filing his forthcoming Motion to Remand on or before October 19, 2012.

WHEREFORE, Plaintiff respectfully requests that this Court grant him an extension of time to file a Motion to Remand through and including October 19, 2012.

Dated: October 12, 2012                    By His Attorneys,


                                           **/s/ Jeffrey S. Morneau**
                                           Jeffrey S. Morneau, Esq. (BBO# 643668)
                                           Nathan A. Olin, Esq. (BBO# 630580)
                                           CONNOR, MORNEAU & OLIN, LLP
                                           73 State Street, Suite 310
                                           Springfield, Massachusetts 01103
                                           Tel:    (413) 455-1730
                                           Fax:    (413) 455-1594
                                           jmorneau@cmolawyers.com
                                           nolin@cmolawyers.com


## LOCAL RULE 7.1(A)(2) STATEMENT

Pursuant to Local Rule 7.1(A)(2), Plaintiff's counsel hereby certifies that it contacted Defendants' counsel and attempted in good faith to resolve or narrow the issues raised by this Motion and Defendants' counsel assented to this Motion.


                                           **/s/ Jeffrey S. Morneau**
                                           Jeffrey S. Morneau, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that the this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the date of its filing.

**/s/  Jeffrey S. Morneau**
Jeffrey S. Morneau, Esq.