*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

TORO

              Plaintiff,        CIVIL ACTION
v.                                NO. 12-40115-TSH

CSX INTERMODAL TERMINALS, INC.,

              Defendant

**HILLMAN, D.J.**

**AMENDED ORDER FOR REMAND**

In accordance with the Court's Order issued on 2/14/13, it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to Worcester District Court for further proceedings.

                                                      By the Court,

Dated: <u>February 19, 2013</u>        /s/ Lisa Belpedio
                                          Deputy Clerk